DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENIS M. FIELD,**
Appellant,

v.

**BDO USA, LLP,** a Delaware Limited Liability Partnership; **BDO SEIDMAN, LLP,** a New York Limited Liability Partnership; and **BDO USA, LLP,** a New York Limited Liability Partnership,
Appellees.

No. 4D17-346

[December 14, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 50-2016-CA-007190-XXXX-MB.

Kevin F. Richardson and Christopher J. Ryan of Clyatt, Richardson & Ryan, P.A., West Palm Beach; Kevin E. O'Reilly of the Law Offices of Kevin E. O'Reilly, West Palm Beach; and James D. Wing, Mount Dora, for appellant.

Ardith Bronson of DLA Piper LLP (US), Miami; and Cary B. Samowitz of DLA Piper LLP (US), New York, New York, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***